Argued and submitted December 23, 1997, reversed and remanded January 21, petition for review denied April 7, 1998 (327 Or 82)

STATE OF OREGON,
*Appellant,*

*v.*

DENEISE FAITH MARTOFEL,
*Respondent.*

(C9606-34179; CA A95209)

952 P2d 571

![black redaction bars]

Katherine H. Waldo, Assistant Attorney General, argued the cause for appellant. With her on the brief were Hardy Myers, Attorney General, and Virginia L. Linder, Solicitor General.

Eric R. Johansen, Deputy Public Defender, argued the cause for respondent. With him on the brief was Sally L. Avera, Public Defender.

Before Warren, Presiding Judge, and Edmonds and Armstrong, Judges.

PER CURIAM

Reversed and remanded. *State v. Martofel*, 151 Or App 249, 948 P2d 1253 (1997).